IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ISAAC MARK RAMIREZ,

        Petitioner,

vs.                                                No. CV 17-00453 JCH/KRS

JERRY ROARK, WARDEN,
et al.,

        Respondents.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte* under Fed. R. Civ. P. 41(b). Petitioner Isaac Mark Ramirez filed his Petition under 28 U.S.C. § 2254 on April 13, 2017. On April 26, 2017, the Court denied Petitioner's motion for leave to proceed *in forma* pauperis on the grounds that Petitioner's Motion disclosed more than sufficient assets to pay the $5.00 filing fee for this proceeding. (Doc. 4). Accordingly, the Court ordered Petitioner Ramirez to pay the $5.00 fee within 30 days. (Doc. 4). To date, Petitioner has not paid the required fee.

The Court may dismiss an action under Fed. R. Civ. P. 41(b) for failure to prosecute, to comply with the rules of civil procedure, or to comply with court orders. See *Olsen v. Mapes*, 333 F.3d 1199, 1204, n. 3 (10th Cir. 2003). Petitioner will therefore be ordered to show cause, within twenty-one (21) days of entry of this Order, why his case should not be dismissed for failure to comply with the Court's April 26, 2017 Order and for failure to prosecute this action.

**IT IS SO ORDERED.**

                                                                                                               UNITED STATES MAGISTRATE JUDGE